

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-------------------------------------------------------------X
RACK'EM MANUFACTURING, LLC

        Civil Action No. 3:18-CV-01524-RDM

   -against-

        AFFIDAVIT OF SERVICE

E-GO BIKE LLC, et al.

     Defendants.
-------------------------------------------------------------X
STATE OF CALIFORNIA  )
        S.S.:
COUNTY OF _____ )

**KENNY ALFARO**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

That on the 22nd day of August, 2018, at approximately 3:05pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, and EXHIBIT 1** upon E-GO BIKE LLC, c/o Jie Han Gardner at 1710 So. Amphlett Blvd, Suite 350, San Mateo, CA 94402 by personally delivering and leaving the same with **JIE HAN GARDNER** who informed deponent that he is a Registered Agent and is authorized to receive service at that address.

**JIE HAN GARDNER** is a tan Asian female, approximately over 50 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 120 pounds with black hair.

_____
KENNY ALFARO

Sworn to before me this
_____ day of August, 2018

_____
NOTARY PUBLIC

See Attached California Jurat KA

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara

Subscribed and sworn to (or affirmed) before me on this 29th day of August, 20 18, by Kenny Alfaro
_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NICOLE LLOYD
Commission # 2092872
Notary Public - California
Santa Clara County
My Comm. Expires Dec 9, 2018

(Seal)          Signature _Nicole Lloyd_